CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 18 2012

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| SOUTH END CONSTRUCTION, INC., | Civil Action No. 7:12-cv-390 |
| Plaintiff, | |
| | **ORDER** |
| v. | |
| TOM BRUNTON MASONRY, INC., | |
| | By: Hon. James C. Turk |
| Defendant. | Senior United States District Judge |

For the reasons set forth in the Memorandum Opinion entered this day, it is hereby

**ADJUDGED** and **ORDERED**

that Defendant's Motion to Transfer Venue is **DENIED**. (Dkt. No. 4.)

The Clerk is directed to send copies of this Order and accompanying Memorandum Opinion to counsel of record for each party.

ENTER: This 18th day of September, 2012.

/s/ James C. Turk
Hon. James C. Turk
Senior United States District Judge