CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 25 2013

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| SOUTH END CONSTRUCTION, INC., ) | |
| ) | Civil Action No. 7:12-cv-390 |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| TOM BRUNTON MASONRY, INC., ) | |
| ) | By: Hon. James C. Turk |
| Defendant. ) | Senior United States District Judge |

For the reasons set forth in the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that Plaintiff's Motion to Dismiss (ECF No. 30) is **GRANTED** and Count V of the Amended Counterclaim is hereby dismissed, but the Court will grant Defendant leave to file a Second Amended Counterclaim to re-plead Count V as a breach of contract claim.

The Clerk is directed to send copies of this Order and accompanying Memorandum Opinion to counsel of record for each party.

ENTER: This 25th day of February, 2013.

/s/ James C. Turk
Hon. James C. Turk
Senior United States District Judge